No. 540. McCormick Intercoastal Steamship Company et al. *v.* Yamashita Kisen Kabushiki Kaisha et al. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ira S. Lillick* for petitioners. *Messrs. W. H. Hayden* and *Lane Summers* for respondents.

No. 541. Bachus-Brooks Company *v.* Northern Pacific Railway Company et al. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph Whalen, Thomas L. Philips* and *John Junell* for petitioner. *Messrs. Thomas D. O'Brien, Charles Bunn* and *Edward S. Stringer* for respondents.

No. 542. John D. Key, in his own behalf and as guardian ad litem, et al. *v.* Panama Railroad Company. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Chauncey P. Fairman* and *Charles Kerr* for petitioners. *Mr. John O. Collins* for respondent.

No. 544. Morgan & Bird Gravel Company, Inc. *v.* M. T. Walker et al. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. S. L. Herold, C. Huffman Lewis* and *J. D. Wilkinson* for petitioner. No appearance for respondents.

No. 545. Guaranty Trust Company of New York *v.* G. F. Grohe-Henrich & Co. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of